# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**LINDA BOURGEOIS**                                                                                         **PLAINTIFF**

**VS.**                                                                           **CAUSE NO.:  3:11-cv-00126-HTW-LRA**

**MISSISSIPPI VALLEY STATE UNIVERSITY**                                                     **DEFENDANT**

### NOTICE OF DEPOSITION OF PLAINTIFF

TO:  Louis H. Watson, Jr.
     Nick Norris
     LOUIS H. WATSON, JR., P.A.
     628 N. State Street
     Jackson, Mississippi 39202

**PLEASE TAKE NOTICE** that commencing on *Tuesday, August 2, 2011,  at 10:00 a.m.*, in the offices of Louis H. Watson, Jr., P.A., located at 628 N. State Street, Jackson, Mississippi 39202, Defendant, MISSISSIPPI VALLEY STATE UNIVERSITY, will take the deposition of Plaintiff, LINDA BOURGEOIS,  pursuant to *Mississippi Rules of Civil Procedure*, in the presence of a Notary Public or other duly authorized officer authorized to administer oaths.

This deposition will continue from day to day until complete.  You are invited to attend and participate.

This the 1st day of June, 2011.

                                          MISSISSIPPI   VALLEY   STATE   UNIVERSITY

                                          By: PURDIE & METZ, PLLC

                                          By: s/ James T. Metz

James T. Metz, MSB #2905
PURDIE & METZ, PLLC
Post Office Box 2659
Ridgeland, Mississippi 39158
Telephone: 601-957-1596
Facsimile:  601-957-2449
E-mail: jmetz@purdieandmetz.com

## CERTIFICATE OF SERVICE

    I, James T. Metz, do hereby certify that I electronically filed the foregoing documents with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Louis H. Watson, Jr.      louis@louiswatson.com
Nick Norris      nick@louiswatson.com
Louis H. Watson, Jr., PA
628 N. State Street
Jackson, Mississippi 39202

    THIS, the 1st day of June, 2011.

                                                   s/ James T. Metz